McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Naoemi Salinas

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>    v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>        Respondent. | 1:08-cv-00752-OWW-DLB<br><br>**ORDER TO SHOW CAUSE**<br><br>Date:    September 5, 2008<br>Time:    9:00 a.m.<br>Ctrm:    9 |

    Upon review of Petitioners United States of America and Revenue Officer Naoemi Salinas' Petition to Enforce Internal Revenue Service Summons, and the Memorandum of Points and Authorities and Declaration of Naoemi Salinas filed in support of the petition,

    IT IS HEREBY ORDERED that Respondent Katherine Melendez Lopez ("Respondent") appear before the United States District Court for the Eastern District of California, in Courtroom No. 9, on the 5th day of September, 2008, at 9:00 a.m. to show cause why she should not be compelled to obey the Internal Revenue Service

summons served upon her on December 6, 2007 and attached to the Declaration of Naoemi Salinas.

    IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy of each of the Petition to Enforce Internal Revenue Service Summons, and the Memorandum of Points and Authorities and Declaration of Naoemi Salinas filed in support of the petition, shall be served upon Respondent on or before July 7, 2008.

    IT IS HEREBY FURTHER ORDERED that within 20 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by the appropriate declaration(s), as well as any motions Respondent desires to make.  The United States may file a reply within 14 days from the date of service of Respondent's response. All motions and issues raised by Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declarations(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

    Dated:   **June 26, 2008**     **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE