McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Naoemi Salinas

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>　　　　　Respondent. | 1:08-cv-00752-OWW-DLB<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Ctrm: 9 |

　　　Petitioners, the UNITED STATES OF AMERICA and Revenue Officer NAOEMI SALINAS, hereby request that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, September 5, 2008 to Friday, October 17, 2008, at 9:00 a.m., in Courtroom No. 9, before the Honorable Dennis L. Beck.  The additional time is needed in order to make further attempts of service upon the respondent, KATHERINE MELENDEZ LOPEZ.  A [Proposed] Order is attached.

1 |                     Respectfully submitted,

2 Dated: July 14, 2008.      McGREGOR W. SCOTT
                                      United States Attorney

By:  /s/ Kimberly A. Gaab
     KIMBERLY A. GAAB
     Assistant U.S. Attorney
     Attorneys for Petitioners
     United States of America
     and Revenue Officer
     Naoemi Salinas

**ORDER**

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby continued to Friday, October 17, 2008, at 9:00 a.m. in Courtroom No. 9.

Dated: 17 July 2008

                                 __/s/ Dennis L. Beck
                                   DENNIS L. BECK
                                UNITED STATES MAGISTRATE JUDGE

PETITIONERS' REQUEST FOR CONTINUANCE;[PROPOSED] ORDER