```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Petitioners, UNITED STATES OF AMERICA, and
Revenue Officer, NAOMI SALINAS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and Revenue Officer, NAOMI SALINAS,<br><br>　　　　　　　　Petitioners,<br><br>　v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>　　　　　　　　Respondent. | Case No.:1:08-CV-00752 OWW-DLB<br><br>**ORDER**<br>**RESCHEDULING MANDATORY**<br>**SCHEDULING CONFERENCE**<br><br>Old Date and Time:  12/5/08 at 8:15 am<br>Courtroom/Judge:     #3,  Wanger<br><br>New Date and Time: 4/3/09 at 8:15 a.m.<br>Courtroom/Judge:     #3,  Wanger |

　　　　Petitioners, United States of America, and Revenue Officer, Naomi Salinas, in the above-captioned action request the Mandatory Scheduling Conference be rescheduled to a later date.  The additional time is needed because the case is still in the enforcement phase.

　　　　GOOD CAUSE APPEARING, it is hereby ordered that the Mandatory Scheduling Conference set for December 5, 2008, at 8:15 a.m., be rescheduled to April 3, 2009, at 8:15 a.m., in Courtroom Three.


IT IS SO ORDERED.

**Dated:  　December 1, 2008　**　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1