# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Petitioner, <br><br> v. <br><br> KATHERINE MELENDEZ LOPEZ, <br><br> Respondent. | 1:08cv0752 OWW DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING TAX SUMMONS ENFORCEMENT <br><br> (Document 11) |

On October 23, 2008, the Magistrate Judge issued Findings and Recommendation that the IRS summons issued to Respondent be ENFORCED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 23, 2008, is ADOPTED IN FULL;
2. The Petition to Enforce an IRS Summons is GRANTED;

3. Respondent is ORDERED to appear at such time and place as may be fixed by Revenue Officer Salinas or any other proper Officer or employee of the IRS, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons.

IT IS SO ORDERED.

Dated: **March 10, 2009**  /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE