LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
MIKE GOODE, Revenue Officer,
Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>　　　　Petitioners,<br><br>　v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>　　　　Respondent. | 1:08-cv-00752-OWW-SMS<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

　　　The Court having reviewed Petitioners' Request for Continuance of Scheduling Conference, and good cause appearing,

　　　IT IS HEREBY ORDERED that the scheduling conference previously set for July 31, 2009, is continued to October 9, 2009, at 8:15 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   July 24, 2009**　　　　　　　　　　 **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE