752LAWRENCE G. BROWN
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
NAOEMI SALINAS, Revenue Officer,
Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>  v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>        Respondent. | 1:08-cv-00752-OWW-SMS<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT OF ORDER FILED MARCH 11, 2009**<br><br>ORDER SHOW CAUSE HEARING:<br><br>DATE: December 11, 2009<br>TIME: 9:30 a.m.<br>WHERE: Courtroom #7<br>BEFORE: Judge Sandra M. Snyder |

    Upon review of the Petition Re Contempt of Order Filed March 11, 2009, filed by Petitioners United States of America and Naoemi Salinas, Revenue Officer, and the Memorandum of Points and Authorities and Declaration of Naoemi Salinas filed in support of the petition,

    IT IS HEREBY ORDERED that Respondent, Katherine Melendez Lopez, appear before United States Magistrate Judge Sandra M.

1

Snyder, in Courtroom 7 of the United States Courthouse, 2500 Tulare Street, Fresno, California, on the **11th day of December, 2009, at 9:30 a.m.** to show cause as follows:

Why Respondent should not be held in civil contempt of this Court for her failure to comply with the Order filed on March 11, 2009, directing her to comply with the Internal Revenue Service summons issued on December 6, 2007.

Why Respondent should not be incarcerated and ordered to pay a daily fine until she complies with the March 11, 2009, Order.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition re Contempt of Order Filed March 11, 2009, and the Memorandum of Points and Authorities and Declaration of Naoemi Salinas filed in support of the petition, shall be served upon Respondent on or before **October 23, 2009**.

IT IS FURTHER ORDERED that within thirty (30) days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition re Contempt of Order Filed March 11, 2009, supported by the appropriate declaration(s), as well as any motions Respondent desires to make.  The United States may file a reply within fourteen (14) days from the date of service of Respondent's response.  All motions and issues raised by Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition re Contempt of Order Filed March 11, 2009, will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

**Dated:   October 5, 2009**                         **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE