Benjamin B. Wagner
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
NAOEMI SALINAS, Revenue Agent,
Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>   v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>        Respondent. | 1:08-cv-00752-OWW-SMS<br><br>**ORDER RE: CONTEMPT**<br><br>Date:    April 19, 2010<br>Time:   10 a.m.<br>Ctrm:   3<br><br>Hon. Oliver W. Wanger |

    This matter came before the Court on April 19, 2010, upon an Order to Show Cause why Respondent, KATHERINE MELENDEZ LOPEZ, should not be adjudged in contempt of the Court for the reasons set forth in the Magistrate Judge's Certification of Facts Concerning Petition Re: Contempt of Order Filed March 11, 2009; Order Setting the Matter Before the District Judge for Hearing and Judgment Pursuant to 28 U.S.C. § 636(e)(6)(B) (Doc. 37).

Benjamin E. Hall, Assistant United States Attorney, appeared on behalf of Petitioners, United States of America and Naoemi Salinas, Revenue Agent, who was present in the courtroom. Respondent failed to appear, despite having been personally served on March 18, 2010, with the Order requiring her to appear (see Certificate of Service, Doc. 41). Respondent also failed to file with the Court any opposition to Petitioner's request that Respondent be held in contempt.

The Court finds that Respondent has failed and refused to obey a definite and specific Order of this Court, which required Respondent to comply with an Internal Revenue Service Summons. Accordingly,

IT IS HEREBY ORDERED as follows:

1. Respondent, KATHERINE MELENDEZ LOPEZ, is adjudged in civil contempt of this Court.

2. A bench warrant shall be issued, directing the United States Marshals Service to take Respondent into custody.

3. Respondent shall be incarcerated until she complies fully with the Court's Order filed March 11, 2009, and produces the documents and testimony identified in the IRS Summons issued December 6, 2007.

IT IS SO ORDERED.

**Dated:   April 21, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE