

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      vs.   KATHERINE MELENDEZ LOPEZ,           Respondent. | No. 1:08-CV-00752-OWW-SMS   ORDER OF RELEASE |

The above named respondent appeared before this court on April 27, 2010 for a Order to Show Cause Hearing pursuant to the Order Re: Contempt issued on April 22, 2010.

IT IS HEREBY ORDERED that the respondent shall be released forthwith.

DATED: 4-27-10

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1