Benjamin B. Wagner
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
NAOEMI SALINAS, Revenue Agent,
Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and NAOEMI SALINAS, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>  v.<br><br>KATHERINE MELENDEZ LOPEZ,<br><br>    Respondent. | 1:08-cv-00752-OWW-SMS<br><br>**ORDER DISCHARGING ORDER RE: CONTEMPT AND DIRECTING CLERK TO CLOSE ACTION** |

    Petitioners, United States of America and Naoemi Salinas, Revenue Agent, brought this civil action to enforce a summons issued by the Internal Revenue Service. On March 11, 2009, the Court issued its order granting the petition to enforce the summons. On April 21, 2010, the Court entered an Order Re: Contempt, adjudging Respondent, Katherine Melendez Lopez, in civil contempt of the Court and ordering that she be incarcerated

until she complied with the Court's March 2009 order and produced the documents identified in the IRS summons.  A bench warrant issued, and Respondent was brought before the Court on April 27, 2010, at which time Respondent agreed to produce the records sought by Petitioners.  The Court released Respondent from custody on April 27, 2010.

By the filing of this proposed Order, Petitioners advise the Court that Respondent did produce records to the IRS between April 27, 2010, and May 14, 2010.  Petitioners seek no further orders for enforcement of the summons and respectfully request that the Court terminate this action.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1.   The Order Re: Contempt that issued on April 21, 2010, is discharged.

2.   The Clerk is directed to close this action, because this Order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 17, 2010**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE